## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| K-Con, Inc. ) | ASBCA Nos. 59320, 59651 |
| ) | |
| Under Contract No. W912SV-10-D-0014 ) | |

APPEARANCES FOR THE APPELLANT:     Robert J. Symon, Esq.
Aron C. Beezley, Esq.
 Bradley Arant Boult Cummings LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
 Army Chief Trial Attorney
MAJ Travis P. Sommer, JA
LTC Timothy A. Furin, JA
 Trial Attorneys

### ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 7 January 2016

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59320, 59651, Appeals of K-Con, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals